UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON M. SACK,

        Plaintiff,

vs.                              Case No.: 8:07-cv-62-T-27TGW

HOST AMERICA CORPORATION,

        Defendant.
_____/

## ORDER

The Court has been advised that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE AND ORDERED** in chambers on this 2nd day of July, 2007.

                                                  JAMES D. WHITTEMORE
                                                **United States District Judge**

Copies to:
Counsel of Record